THE PEOPLE OF THE STATE OF ILLINOIS, Appellant, *vs.*
LEN SMALL, *et al.* Appellees.

*Opinion filed June 19, 1934—Rehearing denied October 5, 1934.*

OTTO KERNER, Attorney General, (CHARLES W. HAD-
LEY, and GEORGE H. KRIETE, of counsel,) for appellant.

WERNER W. SCHROEDER, for appellees.

Mr. JUSTICE SHAW delivered the opinion of the court:

This case is a companion to *People* v. *Sterling,* (*ante,*
p. 354,) and there is no such difference in the facts as to
make ·any difference in the law applicable to them.   In this
case the litigation in the circuit court of Sangamon county
was concluded by a stipulation between the People and the
defendant Small whereby it was agreed that Small should
pay the sum of $650,000 in full settlement and discharge
of all claims and demands of the State against him.   Upon
that stipulation a final decree was entered fixing the sum
due from Small at $650,000 and giving judgment in favor
of the People for that amount.   That judgment was fully
satisfied.   These facts are set forth in the bill of complaint
herein, but in all other respects, and also in the prayer for
relief, the two bills are identical.

For the reasons stated in *People* v. *Sterling, supra,* we
find that the circuit court of Cook county was without ju-
risdiction in the premises and correctly so held.   That de-
cree will therefore be affirmed.

*Decree affirmed.*